**STATE of Missouri, Respondent,**

v.

**Lamont STATON, Appellant.**

**No. 66847.**

Missouri Court of Appeals,
Eastern District,
Division One.

May 16, 1995.

Emmett D. Queener, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Appellant, Lamont Staton, appeals from his conviction by jury for unlawful use of a weapon, RSMo § 571.030.1(1) (1986), in St. Louis County Circuit Court. We affirm.

We have reviewed the briefs of the parties and the legal file and find the claim of error is without merit. As we further find an

extended opinion would serve no jurisprudential purpose, we affirm the circuit court's judgment pursuant to Rule 30.25(b).

further find no jurisprudential purpose would be served by a written opinion, we affirm the circuit court's order pursuant to Rules 30.25(b) and 84.16(b).